# Court of Appeals
# of the State of Georgia

ATLANTA,  December 11, 2018

*The Court of Appeals hereby passes the following order:*

**A19A0473.  EVANSWOOD, LLC et al. v. KELLY GREEN.**

Appellants in this case have appealed the trial court's order provisionally granting class certification and granting class discovery. Appellants and appellee have filed a consent motion for limited remand pending settlement proceedings, explaining that they have reached a tentative settlement agreement in the case on behalf of the entire class, which requires the trial court's approval pursuant to OCGA § 9-11-23 (e). They estimate that it will take 120 days to seek approval of and implement the class settlement.

Having considered the motion, it is hereby ORDERED that this case be REMANDED to the trial court pending its approval of the class settlement. If the class settlement has not been approved and implemented within 120 days from the date of entry of this order (the "expiration date"), appellant may re-institute the appeal by filing a new Notice of Appeal in the trial court no later than 30 days after the expiration date.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  12/11/2018
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*